## MOTION DOCKET

**87–1879.** State v. Roe. *Franklin County,* No. 86AP–59. On October 4, 1990, this court stayed the execution of sentence in this cause during the pendency of state post-conviction remedies. On March 24, 1993, this court overruled appellant's motion to certify the record in case No. 93–45, which was pending as a post-conviction case. On October 14, 1994, appellee filed a motion requesting that this court set an execution date and asserting that appellant has not pursued an appeal any further. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte,* that the October 4, 1990 entry staying execution of sentence be, and the same is hereby, revoked, effective November 14, 1994.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Monday, the 13th day of February, 1995, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Franklin County.

**91–2137.** State v. Campbell. *Hamilton County,* No. C–890330. This court has received notification that on October 3, 1994, the Supreme Court of the United States entered an order in No. 94–5774, *Jerome Campbell v. Ohio,* which stated:

"On consideration of the petition for a writ of certiorari herein to the Supreme Court of Ohio, IT IS ORDERED by this Court that said petition be, and the same is hereby, denied."

Upon consideration that the stay of execution of sentence granted by this court on June 2, 1994 was conditioned upon final disposition of appellant's petition to the Supreme Court of the United States, and it appearing to this court that the Supreme Court of the United States has rendered a final disposition of the petition,

IT IS ORDERED that the stay of execution is hereby terminated as of the date of this entry, November 14, 1994.

IT IS HEREBY ORDERED by this court that the sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Monday, the 13th day of February, 1995, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that the Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Hamilton County.

IT IS FURTHER ORDERED by the court that, upon written application of appellant, and pursuant to *State v. Glenn* (1987), 33 Ohio St.3d 601, 519 N.E.2d 869, this court will grant one additional stay for a period ending six months from the date of this entry to allow appellant an opportunity to file a petition for post-conviction relief.